# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Jane Doe, | Court File No: 0:21-cv-02649 (ECT/DTS) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| Anoka County; Anoka County Sheriff James Stuart in his official capacity, and Detective Larry Johnson, now retired, in his individual and official capacity, | |
| Defendants. | |

_____
_____

Pursuant to Fed. R. App. Proc. 3(c)(1) and 4(a), as well as 28 U.S.C. § 1291, notice is hereby given that all Defendants in the above-captioned matter hereby appeal to the United States Court of Appeals for the Eighth Circuit from the order denying Defendants' motion for judgment on the pleadings entered by the United States District Court for the District of Minnesota on March 10, 2025 (ECF 59). Defendants are entitled to an immediate interlocutory appeal of the District Court's March 10 order because that order denies Defendants immunity for the claims raised in Plaintiff's Complaint. This Court has jurisdiction over this interlocutory appeal pursuant to 28 U.S.C. § 1291 and the collateral order doctrine. *See Beard v. Falkenrath*, 97 F.4th 1109, 1114 (8th Cir. 2024); *Hall v. Woodruff*, 121 F.4th 1155 (8th Cir. 2024). Pursuant to Fed. R. App. Proc. 3(a)(6), Defendants do not limit the scope of this notice of appeal but instead appeal all issues over which the Eighth Circuit Court of Appeals may properly exercise jurisdiction.

                                          BRAD JOHNSON
                                        ANOKA COUNTY ATTORNEY

Dated: March 19, 2025          By:   /s/ Jason J. Stover_____
                                                Jason J. Stover (#30573X)
                                                jason.stover@co.anoka.mn.us
                                                Anoka County Attorney's Office
                                                2100 Third Avenue
                                                Anoka, Minnesota  55303
                                                Phone: (763) 324-5450
                                                Assistant Anoka County Attorneys
                                                **Attorneys for Defendants**